JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ZAHRA AFIANIAN,                        )   Case No. CV 17-7643 FMO (RAOx)
                                       )
                    Plaintiff,         )
                                       )
          v.                           )   **JUDGMENT**
                                       )
CHAD F. WOLF, et al.,                  )
                                       )
                    Defendants.        )
_____)

Pursuant to Court's Order Re: Pending Motions, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that the matter is remanded to the Board of Immigration Appeals for further proceedings.

Dated this 24th day of September, 2020.

_____
/s/
Fernando M. Olguin
United States District Judge