UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-7643 FMO (RAOx) | Date | **November 24, 2020** |
|---|---|---|---|
| Title | **Zahra Afianian v. Elaine Duke, et al.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s): Attorney Present for Defendant(s):

None Present    None Present

**Proceedings:**    (In Chambers) Order Re: Letter

The court has reviewed plaintiff's letter, dated October 27, 2020, which requests that the court publish its Order of September 24, 2020.[1] ("Request to Publish"). Plaintiff cites Ninth Circuit Rule 36-2 for the proposition that the court may order the publication of its Order. However, the court is not aware of any authority indicating that Circuit Rule 36-2 applies to district court orders. To the extent plaintiff wishes publication of the Order, she is free to seek publication from Westlaw or Lexis. Accordingly, IT IS ORDERED THAT plaintiff's Request to Publish is **ordered filed**, and shall be construed as a Request to Publish. Plaintiff's Request is **denied**.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |

---

[1] Plaintiff is advised that, pursuant to Rule 83-2.5 of the Local Rules of this Court, neither she nor her counsel may not communicate with the judge or his staff by letter. All inquiries, requests or other matters to be called to the judge's attention regarding this case should be submitted for filing as motion or application, and a copy must be served on all other parties in the case.