# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAHRA AFIANIAN, | Case No. CV 17-7643 FMO (RAOx) |
| Plaintiff, | |
| v. | **JUDGMENT RE: ATTORNEY'S FEES & COSTS** |
| ALEJANDRO MAYORKAS, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Attorney's Fees and Costs, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that defendants shall pay plaintiff the amount of $110,411.05 in attorney's fees and $721.95 in costs.

Dated this 10th day of January, 2023.

/s/
Fernando M. Olguin
United States District Judge